IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAKOTA CABLE CONSTRUCTION LLC § | |
| § | |
| § | |
| § | Case Number: 4:15-cv-00819 |
| VS. § | |
| § | |
| SCOTTSDALE INSURANCE CO. and § | |
| TOWER NATIONAL INSURANCE CO. § | |

### PLAINTIFF'S STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

Plaintiff Jakota Cable Construction LLC files this stipulation of dismissal of its claims without prejudice as follows:

1. Jakota Cable Construction, LLC (Jakota), filed its Original Complaint on March 30, 2015 against Scottsdale Insurance Company ("Scottsdale) and Tower National Insurance Company ("Tower").

2. Both Scottsdale and Tower have been served with Summons.

3. Tower filed an answer on April 30, 2015. Scottsdale has not filed an answer. Neither party has filed a motion for summary judgment.

4. Jakota hereby files this stipulation of dismissal with the intention of dismissing its claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to refiling.

5. This stipulation is also signed by counsel for Tower, the only defendant to have appeared and filed an answer in this case.

Jakota asks that the court take notice of this stipulation and that its claims be dismissed without prejudice.

                              Respectfully submitted,

                              By:/s/ James M. Bettis, Jr.
                                  James M. Bettis, Jr.
                                  jbettis@munsch.com
                                  State Bar No. 02268650
                                  ATTORNEY IN CHARGE FOR JAKOTA
                                  CABLE CONSTRUCTION, LLC

OF COUNSEL:
MUNSCH HARDT KOPF & HARR, PC
Paul Sculley
psculley@munsch.com
State Bar No. 24008006
700 Milam Street, Suite 2700
Houston, Texas 77002-2806
Tel:  (713) 222-1470
Fax:  (713) 222-1475

                                        By:/s/ J. Price Collins
                                            J. Price Collins
                                            price.collins@wilsonelser.com
                                            State Bar No. 04620700
                                            Southern District Bar No. 20404
                                            ATTORNEY IN CHARGE FOR TOWER
                                            NATIONAL INSURANCE COMPANY

OF COUNSEL:
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Ashley Gilmore.
ashley.gilmore@wilsonelser.com
Southern District Bar No. 1111052
901 Main Street, Suite 4800
Dallas, Texas 75202
Tel:  (214) 698-8000
Fax:  (214) 698-1101

MHDocs 6272839_1 15440.1