IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAKOTA CABLE CONSTRUCTION LLC | § § § § § § § § § |
| VS. | |
| SCOTTSDALE INSURANCE CO. and TOWER NATIONAL INSURANCE CO. | |

Case Number: 4:15-cv-00819

## ORDER OF DISMISSAL WITHOUT PREJUDICE

After receiving Plaintiff Jakota Cable Construction LLC's stipulation of dismissal of its claims without prejudice, the Court dismisses this case without prejudice.

SIGNED on July 6, 2015.

_____
U.S. DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

MUNSCH HARDT KOPF & HARR, PC

/s/ James M. Bettis, Jr.
James M. Bettis, Jr.
jbettis@munsch.com
State Bar No. 02268650
Paul Sculley
psculley@munsch.com
State Bar No. 24008006
700 Milam Street, Suite 2700
Houston, Texas 77002-2806
Tel: (713) 222-1470
Fax: (713) 222-1475
ATTORNEYS FOR JAKOTA CABLE
CONSTRUCTION, LLC.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ J. Price Collins
J. Price Collins
price.collins@wilsonelser.com
State Bar No. 04620700
Southern District Bar No. 20404
Ashley Gilmore.
ashley.gilmore@wilsonelser.com
Southern District Bar No. 1111052
901 Main Street, Suite 4800
Dallas, Texas 75202
Tel: (214) 698-8000
Fax: (214) 698-1101
ATTORNEYS FOR TOWER NATIONAL
INSURANCE COMPANY